AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| VICTOR ANAYA-RODRIGUEZ, aka VICTOR GARCIA ANAYA | CASE NUMBER: 08CR1520-LAB |

I, **VICTOR ANAYA-RODRIGUEZ**, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **5-13-08** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

×Victor Anaya
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER